UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Internet Incorporated,

    Plaintiff,        Civil No. 05-317 (RHK/AJB)

vs.              **ORDER**

Tensar Polytechnologies, Inc., The
Tensar Corporation,

    Defendants.

---

  On September 26, 2005, the Court heard oral arguments with respect to Plaintiff's Motion for a Preliminary Injunction; it had previously received exhaustive briefing as well as voluminous supporting documentation.  No time limitations were imposed on counsel at oral argument and, after the principal arguments were completed, the Court granted the parties the opportunity to further argue or clarify an issue; the matter was then deemed submitted and the record closed.

  Apparently either not satisfied with the opportunity to brief and argue its Motion or desiring to have an "additional" or "last word," Plaintiff's counsel has now submitted a letter to the Court "<u>seeking leave</u> to clarify a recent citation provided to you earlier today . . . and to correct an inaccuracy."  The time for doing what is now sought passed at the conclusion of the oral arguments.

Accordingly, the "letter request" is **DENIED** and the Court will <u>not</u> consider the arguments, record citations, deposition citations and exhibits referenced therein.[1]

Dated: September 27, 2005

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge

---

[1] Unless reference to these materials appears in the previously filed briefs or they were identified during oral argument.