UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

InterNet Incorporated,

                Plaintiff,                            CV 05-317 RHK/AJB

vs.

Tensar Polytechnologies Inc.
The Tensar Corporation,

                Defendants.

## ORDER OF DISMISSAL

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 5, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE, JUDGE
                                                U.S. District Court