**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Internet Incorporated,

        Plaintiff,

vs.

Tensar Polytechnologies, Inc., and The Tensar Corporation,

        Defendants.

Civil No. 05-317(RHK/AJB)

**ORDER**

---

Pursuant to the Stipulation submitted by the parties, it is hereby **ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 7, 2005

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge